**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:16-CV-14056-ROSENBERG/LYNCH**

FREDDIE SMITH,

Plaintiff,

v.

JACK HOOD TRANSPORTATION, INC.,

Defendant.
_______________________________________/

**ORDER GRANTING RENEWED JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Renewed Joint Motion to Approve Settlement and Dismiss with Prejudice [DE 49]. The Court has carefully reviewed the Renewed Joint Motion, and the Full Waiver of All Claims, General Release and Confidential Settlement Agreement (the "Settlement Agreement") attached thereto, and is otherwise fully advised in the premises. In particular, the Court notes that both parties agree that the Court may sever the confidentiality clause and general release from the Settlement Agreement. *See* DE 49 ¶ 10. Accordingly, it is

**ORDERED AND ADJUDGED** as follows**:**

1. The parties' Renewed Joint Motion to Approve Settlement and Dismiss with Prejudice [DE 49] is **GRANTED**.
2. The Court hereby **APPROVES** the Settlement Agreement attached to the parties' Renewed Joint Motion in its entirety **EXCEPT FOR** the confidentiality clause and general release contained therein, which are hereby **SEVERED** from the Settlement Agreement.

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Court retains jurisdiction to enforce the parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 4th day of October, 2016.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record